470 A.2d 1027

Commonwealth v. Davis, Appellant.

Argued September 15, 1983. Marc Alan Krefetz, for appellant; Ann Lebowitz, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.

470 A.2d 1027

Commonwealth v. Dobbs, Appellant.

Petition for Allowance of Appeal
Denied May 1, 1984.

Submitted October 3, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

The judgment of sentence of the trial court is affirmed.